54

**Lowell BALDWIN et al., Appellants, v. G. W. WEBSTER et al.**

No. 12706.

Circuit Court of Appeals, Eighth Circuit.

Sept. 7, 1943.

Edward Lamb, of Toledo, Ohio, for appellants.

James L. Hetland and Fordyce W. Crouch, both of Minneapolis, Minn., for appellees G. W. Webster et al.

Kenneth F. Burgess, of Chicago, Ill., and Douglas F. Smith, of Omaha, Neb., for appellees Kenneth F. Burgess et al.

Fred N. Oliver and Willard P. Scott, both of New York City, for appellees Fred N. Oliver et al.

PER CURIAM.

Appeal from District Court dismissed with costs, on motion of appellees G. W. Webster et al., Kenneth F. Burgess et al., and Fred N. Oliver et al.

**John T. BARKER, Petitioner, v. COMMIS-SIONER OF INTERNAL REVENUE.**

No. 12362.

Circuit Court of Appeals, Eighth Circuit.

Aug. 6, 1943.

John F. Rhodes and John T. Barker, both of Kansas City, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Bernard D. Daniels, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of Board of Tax Appeals, now the Tax Court of the United States, in all respects affirmed and petition to review dismissed without taxation of costs in favor of either of the parties in this Court, on motion of Commissioner of Internal Revenue for entry of judgment in accordance with decision rendered in the case of Lohman et al. v. Commissioner of Internal Revenue, 8 Cir., 133 F.2d 977.

**Rex BAYLESS, Appellant, v. UNITED STATES of America.**

No. 12719.

Circuit Court of Appeals, Eighth Circuit.

Sept. 24, 1943.

Rex Bayless, pro se.

PER CURIAM.

Application for leave to proceed generally on appeal in forma pauperis from order of District Court denying motion to correct sentence denied, etc.

**William H. DUNN, Appellant, v. Neal CROWLEY, Receiver of Merritt Development Company, et al.**

No. 12629.

Circuit Court of Appeals, Eighth Circuit.

Sept. 15, 1943.

William H. Dunn, pro se and T. S. Plowman, of Washington, D. C., for appellant.

Bruce W. Sanborn, Charles J. Andre, and Sylvan E. Hess, all of St. Paul, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, pursuant to stipulation.